BURKE, Appellant, v. WESTPHAL, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Joseph Burke against Louis Westphal.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on the ground that it appears by the testimony of plaintiff that he had executed an assignment of the claim constituting the cause of action, and there was no proof of any reassignment thereof to him. See, also, 131 App. Div. 910, 115 N. Y. Supp. 1114.

BUTLER, Respondent, v. WALKER, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by J. Wesley Butler against Hannah C. Walker, impleaded with others. J. W. Smith, for appellant. C. E. Toney, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CALLAGHAN et al., Respondents, v. PIETROWSKI & KONOP CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by James Callaghan and another against the Pietrowski & Konop Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

CALLAHAN, Appellant, v. MUNSON S. S. LINE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Michael Callahan against the Munson Steamship Line and others. No opinion. Motion to dismiss appeal granted, without costs. See, also, 126 N. Y. Supp. 538.

CAMERERI, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Rosario Camereri against the Brooklyn Heights Railroad Company. No opinion. Order of the Municipal Court affirmed, with costs.

CAMERON, Respondent, v. CAMERON, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Elizabeth B. Cameron against Duncan Ewen Cameron. No opinion. Order affirmed, with $10 costs and disbursements.

CAPPELLIO, Respondent, v. STORM KING STONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by James Cappellio against the Storm King Stone Company.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J., dissents.

CARPENTER, Appellant, v. HAMMOND et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by John H. Carpenter against Thomas F. Hammond and another. P. S. Russell, for appellant. N. D. Becker, for respondents. No opinion. Judgment (68 Misc. Rep. 438, 125 N. Y. Supp. 31) affirmed, with costs. Order filed.

CARR, Appellant, v. HOEFER, Respondent. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by John Carr against Herman Hoefer. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 125 App. Div. 908, 109 N. Y. Supp. 1126.

CHAIMAN, Appellant, v. CHAYMAN, Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Gittel Chaiman against Sossie Chayman. S. Mayer, for appellant. M. Schleimer, for respondent. No opinion. Order reversed, and motion to open default granted, on terms stated in order. Order filed.

CHAPMAN, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by William L. Chapman against Edward Brown. No opinion. Motion for reargument denied, with costs. For former decision, see 125 N. Y. Supp. 1115.

CHASE HIBBARD MILLING CO., Appellant, v. CITY OF ELMIRA, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by the Chase Hibbard Milling Company against the City of Elmira. No opinion. Judgment unanimously affirmed, with costs.

CHRIST, Respondent, v. CHRIST, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Katherine Christ against Herman Christ. L. A. Cuvillier, for appellant. N. W. Kerngood, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

CITY OF FULTON, Appellant, v. COLES, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the City of Fulton against Thomas Coles, as sole trustee of School District No. 18, in Town of Granby, New York. No opinion. Judgment affirmed, with costs.

CITY OF NEW YORK, Appellant, v. BAUM, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by the City of New York against Morris Baum. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the evidence, to the effect that, when the defendant was asked to show his scales, he pushed the scales which were examined to the inspector, was prima facie proof of the use thereof.

CITY OF NEW YORK, Respondent, v. CORN, Appellant, et al. (Supreme Court, Appellate Division, First Department. January